**Dismissed and Opinion Filed July 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00377-CV

## CSI CONSTRUCTION SERVICES, INC. AND RON PARR, INDIVIDUALLY AND D/B/A R & R REMODELING SERVICES, Appellants

### V.

### JACQUELINE M. REYES, Appellee

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-00649-2013**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), appellants have filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

150377F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CSI CONSTRUCTION SERVICES, INC. AND RON PARR, INDIVIDUALLY AND D/B/A R & R REMODELING SERVICES, Appellant

No. 05-15-00377-CV     V.

JACQUELINE M. REYES, Appellee

On Appeal from the County Court at Law No. 3, Collin County, Texas
Trial Court Cause No. 003-00649-2013.
Opinion delivered by Justice Whitehill. Justices Francis and Lang-Miers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Jacqueline M. Reyes recover her costs, if any, of this appeal from appellants CSI Construction Services, Inc. and Ron Parr, Individually and d/b/a R & R Remodeling Services.

Judgment entered July 21, 2015.